UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE HERNANDEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC., etc., *et. al,*<br><br>                Defendant. | 2:11-cv-946-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 27, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __11th__ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge