1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GEORGE HERNANDEZ,                    )
                                     )
                    Plaintiff,       )        2:11-cv-946-GMN-RJJ
                                     )
vs.                                  )
                                     )
REPUBLIC SERVICES, INC., etc., *et. al,*   )    **ORDER**
                                     )
                    Defendant.       )
_____)

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

Report on February 27, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

the following:

1.      Shall identify the discovery that has been completed;

2.      Shall identify the discovery that remains outstanding;

3.      Shall identify any pending discovery motions; and,

4.      Shall detail all attempts to settle the case.

DATED this _11th_ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge