UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE HERNANDEZ, | Case No. 2:11-cv-00946-MMD-RJJ |
| Plaintiff, | ORDER |
| v. | |
| REPUBLIC SERVICES, INC. a Delaware corporation, REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada corporation,, | |
| Defendants. | |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge within fifteen (15) days from the date of this Order.

DATED THIS  21st day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE