1
2
3
4
5
6                 UNITED STATES DISTRICT COURT

7                      DISTRICT OF NEVADA

8                              * * *

9   GEORGE HERNANDEZ,                    Case No. 2:11-cv-00946-MMD-RJJ

10                     Plaintiff,                    ORDER

11       v.

12  REPUBLIC SERVICES, INC. a Delaware
    corporation, REPUBLIC SILVER STATE
13  DISPOSAL, INC., a Nevada corporation,,

14                    Defendants.

15

16        Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered

17  that the parties schedule a settlement conference with the Magistrate Judge within

18  fifteen (15) days from the date of this Order.

19

20        DATED THIS  21st day of December 2012.

21

22

23                                      _____
                                        MIRANDA M. DU
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28