1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                                  DISTRICT OF NEVADA
8                                          * * *
9    GEORGE HERNANDEZ,                        Case No. 2:11-cv-00946-MMD-RJJ
10                            Plaintiff,              AMENDED ORDER
11         v.
12   REPUBLIC SERVICES, INC. a Delaware
     corporation, REPUBLIC SILVER STATE
13   DISPOSAL, INC., a Nevada corporation,,
14                            Defendants.
15

16         Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered

17   that the parties schedule a settlement conference with the Magistrate Judge within forty-

18   five (45) days from the date of this Order.

19

20         DATED THIS 26th day of December 2012.

21

22

23         _____
           MIRANDA M. DU
24         UNITED STATES DISTRICT JUDGE

25

26

27

28