Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., a Delaware Corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:11-cv-00946-MMD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 5th day of March, 2013.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS LLP |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br><br>*Attorneys for Plaintiff*<br>*George Hernandez* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar No. 5837<br>3800 Howard Hughes Pkwy, Ste 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants*<br>*Republic Services, Inc. and*<br>*Republic Silver State Disposal, Inc.* |

## ORDER

IT IS SO ORDERED.

Dated the 6th day of March, 2013.

_____
United States District Judge